`IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

In re:

Keith, Lesli Ann                                          Case No. 04-31025

                                 Debtor(s)

**MOTION TO TRANSFER BALANCE TO REGISTRY FUND**

    Comes now Norman E. Rouse, Trustee and states that there is on deposit in Chase Manhattan Bank to the credit of the above captioned estate, the sum of $158.45.

    The sum of $158.45 is from funds that were returned to the trustee by Cingular Wireless the check was never cashed.

    Wherefore Norman E. Rouse, Trustee prays that this Court enter an order allowing-said trustee to pay to the Clerk of the United State Bankruptcy Court as provided by §347 of the Bankruptcy Code, the sum of $ 158.45 constituted by the following

| | |
|---|---|
| Cingular Wireless | $ 158.45 |
| Total | $ 158.45 |

/s/ Norman E. Rouse
Norman E. Rouse, Trustee